UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

       Plaintiff,                               Case No. 1:10-CR-88

v

                                                  Hon. Janet T. Neff

PHILLIP MAURICE DUNLAP,

       Defendant.

_____/

**ORDER**

Pending before the court is a *pro se* motion by defendant requesting new court-appointed counsel (docket no. 24). For reasons more fully discussed on the record at the hearing held this date, the motion is **GRANTED,** and a new attorney will be appointed according to court procedure. The plea hearing scheduled for this date is cancelled.

**IT IS SO ORDERED.**


Dated: May 26, 2010                                         /s/ Hugh W. Brenneman, Jr.
                                                               HUGH W. BRENNEMAN, JR.
                                                               United States Magistrate Judge